UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.        Case No. 18-CR-156

KONG MENG LEE,

    Defendant.

---

## ORDER REGARDING MOTION FOR RECOMMENDATION

On April 23, 2019, Kong Meng Lee was sentenced to 70-months on his conviction for Conspiracy to Distribute Controlled Substances. Lee has now filed a motion asking this Court to issue a judicial recommendation to the Bureau of Prisons that he receive the maximum amount of RCC/Halfway House placement allowed. It is, of course, the responsibility of the Bureau of Prisons (BOP) to determine where the confinement portion of any sentence, once imposed, takes place. The BOP is also in the best position to assess the defendant's institutional adjustment and any more recent evidence of his risk and treatment needs. Subject to these qualifications and based on the offense of commission and the information available at the time of sentencing, the Court does not oppose the defendant being given the maximum RCC/Halfway House placement allowed by law.

Dated at Green Bay, Wisconsin this  21st  day of July, 2021.

                    s/ William C. Griesbach
                    William C. Griesbach
                    United States District Judge